

**EPSTEIN BECKER GREEN**

Attorneys at Law

Shira M. Blank
t  212.351.4694
f  212.878.8600
sblank@ebglaw.com

**SO ORDERED.** The Clerk of Court shall close dkt. no. 12

*Loretta A. Preska*

Loretta A. Preska, U.S.D.J.
June 22, 2026

June 18, 2026

**VIA ECF**

Hon. Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   **Giordon Stark v. The Shubert Organization, Inc.**
            **Case No.: 1:26-cv-00643-LAP**

Dear Judge Preska:

      This Firm represents defendant The Shubert Organization ("Shubert") in the above-captioned matter. We write, jointly with counsel for Plaintiff (collectively, the "Parties"), to respectfully request a forty-five day stay of this matter and all pending deadlines to allow the Parties the opportunity to finalize an amicable resolution of the matter. Specifically, we respectfully request a stay of Shubert's time to answer, move, or otherwise respond to the Complaint, which is currently due June 22, 2026, be extended during the duration of the stay.

      This request is being made as the Parties have been engaging in extensive settlement negotiations and are currently in the process of finalizing a jointly developed internal policy which will resolve plaintiff's claims.

      This is the Parties' first request for a stay, and they respectfully submit that the requested stay is in the interest of judicial economy because it will allow the Court and the Parties to avoid having to expend substantial resources on litigation while the Parties continue to attempt to resolve this matter.  We will update the Court as soon as possible and to the extent that the Parties reach an agreement.

      We thank the Court for its consideration of this request.

                     Respectfully submitted,

                     */s/ Shira M. Blank*
                     Shira M. Blank

cc:    Counsel of Record (via ECF)

Epstein Becker & Green, P.C.  |  875 Third Avenue  |  New York, NY 10022  |  t  212.351.4500  |  f  212.878.8600  |  **ebglaw.com**