EPSTEIN
BECKER
GREEN

Attorneys at Law

Shira M. Blank
t 212.351.4694
f 212.878.8600
sblank@ebglaw.com

August 4, 2026

**VIA ECF**
Hon. Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED.

Loretta A. Preska, U.S.D.J.
August 5, 2026

**Re: Giordon Stark v. The Shubert Organization, Inc.**
**Case No.: 1:26-cv-00643-LAP**

Dear Judge Preska:

This Firm represents defendant The Shubert Organization ("Shubert") in the above-captioned matter. We write, jointly with counsel for Plaintiff (collectively, the "Parties"), to respectfully request an additional 30-day stay of all pending deadlines, including Shubert's time to answer, move, otherwise respond to the Complaint, from August 6, 2026, through September 5, 2026, to allow the Parties the opportunity to finalize an amicable resolution of the matter.

This request is being made as the parties have exchanged drafts of a comprehensive policy which will fully resolve plaintiff's claims, and we are hopeful that an additional thirty days will allow the Parties to complete their reviews.

This is the Parties' second request for a stay, and they respectfully submit that the requested stay is in the interest of judicial economy because it will allow the Court and the Parties to avoid having to expend substantial resources on litigation while the Parties continue to attempt to resolve this matter. We will update the Court as soon as possible and to the extent that the Parties reach an agreement earlier.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Shira M. Blank*
Shira M. Blank

cc: Counsel of Record (via ECF)