EISENBERG & BAUM, LLP

October 2, 2026

**VIA ECF**
The Honorable Loretta A. Preska
Senior United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *Stark v. The Shubert Organization, Inc.*, No. 1:26-cv-00643 (LAP)**
**Consent Letter Motion to Adjourn Settlement Conference**

Dear Judge Preska:

This firm represents Plaintiff Dr. Giordon Stark in this action. With the consent of Defendant The Shubert Organization, Inc., Plaintiff respectfully requests that the Court adjourn the settlement conference currently scheduled for October 8, 2026, at 12:00 p.m. in Courtroom 12A (Dkt. 19).

Dr. Stark is participating in a workshop at CERN in Switzerland on October 8 and cannot attend the conference in person that day. Plaintiff's counsel raised the conflict with defense counsel on September 30. Defendant has advised that it believes in-person participation will make the conference more effective, and Plaintiff agrees that the conference should go forward in person once Dr. Stark can attend. All parties can make themselves available on October 13, 14, or 15, 2026. If the Court's calendar permits, the parties respectfully propose October 14, 2026.

Pursuant to Section 1.E of Your Honor's Individual Practices, Plaintiff states as follows. The original date of the conference is October 8, 2026. This is the first request to adjourn it, and therefore no prior request has been granted or denied. Defendant consents.

The requested adjournment does not affect any other scheduled date. The Court's September 29, 2026 Order stayed "[a]ll pending deadlines in this matter . . . pending the outcome of the settlement conference" (Dkt. 19), and that stay would

simply continue until the rescheduled conference. Plaintiff therefore has not attached a proposed Revised Scheduling Order.

We thank the Court for its consideration of this request.

Respectfully submitted,

Andrew Rozynski, Esq.
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
Main: (212) 353-8700
Fax: (917) 591-2875
arozynski@eandblaw.com

cc: All counsel of record (via ECF)

The settlement conference scheduled for October 8, 2026, is adjourned. The parties shall appear for a settlement conference on October 14, 2026, at 2:00 PM, at 500 Pearl Street, Courtroom 12A, New York, NY 10007. The Clerk of Court shall close ECF 20. **SO ORDERED.**

Loretta A. Preska, U.S.D.J.
October 2, 2026